# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-02422-AT
### NetChoice v. Carr
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 06/03/2025.

TIME COURT COMMENCED: 2:35 P.M.
TIME COURT CONCLUDED: 4:25 P.M.
TIME IN COURT: 1:50
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Keri Gardner

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Riley Liu representing Christopher M. Carr<br>Jared Magnuson representing NetChoice<br>Jeremy Maltz representing NetChoice<br>Logan Winkles representing Christopher M. Carr<br>\*\* Charles Thimmesch, representing Christopher M. Carr |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Oral argument re [5] Motion for Preliminary Injunction. Written order to follow. See transcript. |
| HEARING STATUS: | Hearing Concluded |